# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PRADIP PATEL, an individual; NAYANABEN PATEL, an individual,

Plaintiff,

vs

T-MOBILE WEST LLC; and DOES 1 through 50,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:25-CV-00621-AH (Ex)

Complaint Filed: 12/18/24

[Assigned to the Hon. Anne Hwang and Magistrate Judge Charles Eick]

Courtroom: 9C

**PROTECTIVE ORDER** [PROPOSED]

(Los Angeles County Superior Court Case No. 24CHCV04679)

*[Stipulation filed concurrently herewith]*

Trial Date: July 28, 2026

GOOD CAUSE APPEARING, the Court hereby approves this Stipulation and Protective Order.

IT IS SO ORDERED.

Dated: February 4, 2026

_____

Hon. Charles F. Eick

Pierce Construction Law

O:\ECF Ready\LA25CV-0621-E  Stipulated Protective Order .docx

1

[Proposed] Protective Order